**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1538**

---

KEFIM DEXTER DAVID,

       Plaintiff - Appellant,

    v.

CHARLOTTE A. BURROWS, Chair, Equal Employment Opportunity Commission (EEOC); DR. CHRISTOPHER SCOLESE, Former Director, National Reconnaissance Office (NRO); BILL NELSON, Administrator, National Aeronautics and Space Administration (NASA),

       Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Stephanie A. Gallagher, District Judge.  (1:25-cv-00211-SAG)

---

Submitted:  January 15, 2026                                    Decided:  March 31, 2026

---

Before GREGORY and AGEE, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Kefim Dexter David, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kefim Dexter David appeals the district court's orders dismissing his complaint without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and denying his motion to reconsider. On appeal, David contends that the district court erred in failing to consider the amended complaint submitted with his motion to reconsider. Upon review, we find that the error was harmless because David's amendment was futile. *See Save Our Sound OBX, Inc. v. N.C. Dep't of Transp.*, 914 F.3d 213, 227-28 (4th Cir. 2019) (cleaned up); Fed. R. Civ. P. 15(a)(2). Accordingly, we affirm the district court's orders. *David v. Burrows*, No. 1:25-cv-00211-SAG (D. Md. Feb. 5, 2025; Apr. 11, 2025). We deny all pending motions and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*